**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DWIGHT MARSHON WHITE, | Case No. 2:15-CV-00194-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. GOVERNMENT, | (Dkt. #3, #4) |
| Defendant. | |

On March 27, 2015, Magistrate Judge Hoffman entered Findings and Recommendation (Dkt. #4) recommending I deny plaintiff Dwight Marshon White's application to proceed in forma pauperis. Marshon did not file an objection.

I conducted a *de novo* review of the issues set forth in the Findings and Recommendation. 28 U.S.C. § 636(b)(1). Judge Hoffman's Findings and Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Findings and Recommendation (Dkt. #4) is accepted.

IT IS FURTHER ORDERED that plaintiff Dwight Marshon White's application to proceed in forma pauperis (Dkt. #3) is DENIED.

IT IS FURTHER ORDERED that plaintiff Dwight Marshon White must pay the $400 filing fee on or before August 10, 2015 or this action will be dismissed.

DATED this 8th day of July, 2015.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE