# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DWIGHT MARSHON WHITE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. GOVERNMENT,<br><br>　　　　　Defendant. | Case No. 2:15-CV-00194-APG-CWH<br><br>**ORDER DISMISSING CASE** |

On July 8, 2015, I directed plaintiff Dwight Marshon White to pay the $400 filing fee on or before August 10, 2015 or this action will be dismissed. White has not paid the filing fee.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

DATED this 17th day of August, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE